B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garcia, Marisa** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8606** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**400 E. Ohio Street, Apt. 4801**<br>**Chicago, IL**<br>ZIP Code **60611-4641** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>*See Exhibit D on page 2 of this form.*<br>■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

Chapter 11 Debtors header appears above right cell.

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garcia, Marisa** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **Northern Distrist of Indiana Hammond Division** | Case Number: 09-22828 | Date Filed: 7/10/09 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)
**Catherine Molnar-Boncela, Esq. 9996-45**

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garcia, Marisa** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Marisa Garcia*
Signature of Debtor **Marisa Garcia**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

April 15, 2014
Date

### Signature of Attorney*

X **/s/ Catherine Molnar-Boncela**
Signature of Attorney for Debtor(s)

**Catherine Molnar-Boncela, Esq. 9996-45**
Printed Name of Attorney for Debtor(s)

**Gordon E. Gouveia, LLC**
Firm Name

**433 W. 84th Drive**
**Merrillville, IN 46410**
_____
Address

**219/736-6020**
Telephone Number

April 15, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Marisa Garcia**                                                                    Case No.
                                                 Debtor(s)                    Chapter        **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _Marisa Garcia_
                         Marisa Garcia

Date:    April 15, 2014

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Marisa Garcia _____,   Case No. _____

_____
Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 596,600.00 | | |
| B - Personal Property | Yes | 4 | 31,569.94 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 10,366,950.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 519,191.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,494.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,495.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 628,169.94 | | |
| Total Liabilities | | | | 10,886,142.05 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marisa Garcia**                                                        Case No. _____
                                                    ,
                                  Debtor
                                                                       Chapter_____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Marisa Garcia**                                                         Case No. _____

_____,
                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4323 Kentucky Street<br>Gary, IN 46406 | Fee simple | W | 15,000.00 | 49,655.42 |
| 1983 McKinley Street<br>Gary, IN 46404 | Fee simple | W | 15,000.00 | 41,452.89 |
| 2368 Madison Street<br>Gary, IN 46407 | Fee simple | W | 15,000.00 | 34,143.68 |
| 414 Garfield Street<br>Gary, IN 46404 | Fee simple | W | 15,000.00 | 33,168.13 |
| 11448 Valley Court<br>St. John, IN 46311 | Fee simple | W | 355,200.00 | 368,729.00 |
| 2565 Jackson Street<br>Gary, IN 46407 | Fee simple | W | 5,000.00 | 39,009.88 |
| 1514 Ohio Street<br>Gary, IN 46407 | Fee simple | W | 30,000.00 | 41,044.69 |
| 628 Ohio Street<br>Gary, IN 46402 | Fee simple | W | 15,000.00 | 44,447.81 |
| 3529 Jackson Street<br>Gary, IN 46408 | Fee simple | W | 30,000.00 | 67,844.67 |
| 3545 Connecticut Street<br>Gary, IN 46404 | Fee simple | W | 15,000.00 | 48,148.29 |
| 652 Allen Street, Gary, IN | Tenants by the Entireties | J | 15,000.00 | 37,340.77 |
| 864 Ohio Street, Gary, IN | Tenants by the Entireties | J | 15,000.00 | 35,540.01 |
| 4024 E. 10th Ave, Gary, IN | Tenants by the Entireties | J | 6,400.00 | 22,028.00 |
| 2569 Jackson Street, Gary, IN | Tenants by the Entireties | J | 5,000.00 | 38,334.99 |
| | | Sub-Total > | 551,600.00 | (Total of this page) |

___1___ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Marisa Garcia**                                                           Case No. _____
                              _____,
                                                Debtor

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 437 E. Ridge Road, Gary, IN | **Tenants by the Entireties** | J | 15,000.00 | 45,961.88 |
| 4549 Massachusetts Street, Gary, IN | **Tenants by the Entireties** | J | 15,000.00 | 32,485.58 |
| 5336 Miller Avenue, Gary, IN | **Tenants by the Entireties** | J | 15,000.00 | 56,724.16 |

|  | | |
|---|---|---|
| Sub-Total > | 45,000.00 | (Total of this page) |
| Total > | 596,600.00 | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   __Marisa Garcia_____,   Case No. _____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | J | 41.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Financial Bank Joint Account with Non Filing Spouse F.M.V. $20.00 | J | 10.00 |
| | | Fifth Third Bank | W | 6.93 |
| | | Bank of America Joint Savings Account with Non-Filing Spouse F.M.V. 55.00 | J | 27.50 |
| | | First Financial Bank Joint Account with Minor Child F.M.V. 20.00 | W | 10.00 |
| | | First Financial Bank Joint Account with adult child F.M.V. 20.00 | J | 10.00 |
| | | Bank of America Joint Checking Account with Non Filing Spouse F.M.V. $22.02 | J | 11.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | bedroom set, kitchen utensils, couch, love seat, kitchen table, four chairs, appliances, exercise equipment FMV $4,000.00 | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | womens clothing | W | 500.00 |
| 7. Furs and jewelry. | | costume jewelry | W | 500.00 |

Sub-Total >   3,116.44
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marisa Garcia**                                                            Case No. _____
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Wedding ring | W | 459.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Equity Trust - IRA | W | 23,104.67 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Rehab Lending Tree, LLC (Inactive) No Stock Issued 50% ownership interest Subject to $9 million judgment | J | 0.00 |
| | | Real Estate Express, LLC - (Inactive) No Stock Issued 50% ownership interest | J | 0.00 |
| | | KRE, LLC - (Inactive) 50% ownership interest | J | 0.00 |
| | | Kerusso Asset Management, LLC (Inactive) 60% Ownership interest 500 Stocks owned | J | 0.00 |
| | | Kerusso Real Estate, LLC (Inactive) 42.5% Ownership interest 500 Stocks Owned Subject to $9 million judgment | J | 0.00 |
| | | Kerusso Konstruction Kompany (Inactive) 85% Ownership interest 500 Stocks Owned Subject to $9 million judgment | J | 0.00 |

Sub-Total >         23,563.67
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marisa Garcia**                                                   Case No. _____
                                                                 ,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Fidelity Investments**<br>**Joint Account with Non Filing Spouse**<br>**F.M.V. 244.51** | J | 122.25 |
| | | **Fidelity Investments**<br>**Joint Money Market Account with Non Filing Spouse**<br>**F.M.V. 33.16** | J | 16.58 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

                                                            Sub-Total >          138.83
                                                          (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marisa Garcia**                                                          Case No. _____

_____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Toyota Sequoia FMV $4000.00 | W | 4,000.00 |
| | | 1999 Ford Van FMV $1,000.00 | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | computer, desk and chair FMV $500.00 | J | 250.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Pet | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 4,751.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 31,569.94 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re   **Marisa Garcia**                                                                 , Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter
   with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**11448 Valley Court**<br>**St. John, IN  46311** | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 355,200.00 |
| **652 Allen Street, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 15,000.00 |
| **864 Ohio Street, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 15,000.00 |
| **4024 E. 10th Ave, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 6,400.00 |
| **2569 Jackson Street, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 5,000.00 |
| **437 E. Ridge Road, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 15,000.00 |
| **4549 Massachusetts Street, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 15,000.00 |
| **5336 Miller Avenue, Gary, IN** | Ind. Code § 34-55-10-2(c)(5) | 0.00 | 15,000.00 |
| **Cash on Hand**<br>**Cash on Hand** | Ind. Code § 34-55-10-2(c)(3) | 41.00 | 41.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**First Financial Bank Joint Account with Non Filing Spouse**<br>**F.M.V. $20.00** | Ind. Code § 34-55-10-2(c)(3) | 10.00 | 10.00 |
| **Fifth Third Bank** | Ind. Code § 34-55-10-2(c)(3) | 6.93 | 6.93 |
| **Bank of America Joint Savings Account with Non-Filing Spouse**<br>**F.M.V. 55.00** | Ind. Code § 34-55-10-2(c)(3) | 27.50 | 27.50 |
| **First Financial Bank Joint Account with Minor Child**<br>**F.M.V. 20.00** | Ind. Code § 34-55-10-2(c)(3) | 10.00 | 10.00 |
| **First Financial Bank Joint Account with adult child**<br>**F.M.V. 20.00** | Ind. Code § 34-55-10-2(c)(3) | 10.00 | 10.00 |
| **Bank of America Joint Checking Account with Non Filing Spouse**<br>**F.M.V. $22.02** | Ind. Code § 34-55-10-2(c)(3) | 11.01 | 11.01 |
| **Household Goods and Furnishings**<br>**bedroom set, kitchen utensils, couch, love seat, kitchen table, four chairs, appliances, exercise equipment**<br>**FMV $4,000.00** | Ind. Code § 34-55-10-2(c)(2) | 2,000.00 | 2,000.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Marisa Garcia**                                              Case No. _____
                            _____
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel**<br>womens clothing | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Furs and Jewelry**<br>costume jewelry | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| Wedding ring | Ind. Code § 34-55-10-2(c)(2) | 459.00 | 459.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>Equity Trust - IRA | Ind. Code § 34-55-10-2(c)(6) | 23,104.67 | 23,104.67 |
| **Stock and Interests in Businesses**<br>Fidelity Investments<br>Joint Account with Non Filing Spouse<br>F.M.V. 244.51 | Ind. Code § 34-55-10-2(c)(3) | 122.25 | 122.25 |
| Fidelity Investments<br>Joint Money Market Account with Non Filing Spouse<br>F.M.V. 33.16 | Ind. Code § 34-55-10-2(c)(3) | 16.58 | 16.58 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2001 Toyota Sequoia<br>FMV $4000.00 | Ind. Code § 34-55-10-2(c)(2) | 4,000.00 | 4,000.00 |
| 1999 Ford Van<br>FMV $1,000.00 | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Office Equipment, Furnishings and Supplies**<br>computer, desk and chair<br>FMV $500.00 | Ind. Code § 34-55-10-2(c)(2) | 250.00 | 250.00 |
| **Animals**<br>Pet | Ind. Code § 34-55-10-2(c)(2) | 1.00 | 1.00 |

|  | Total: | 31,569.94 | 473,169.94 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Marisa Garcia** _____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0004165262 | | | 2008 | | | | | |
| American Home Mortgage P.O. Box 660029 Dallas, TX 75266-0029 | | W | Mortgage 1983 McKinley Street Gary, IN 46404 | X | X | | | |
| | | | Value $                    15,000.00 | | | | 36,277.00 | 21,277.00 |
| Account No. 0004111704 | | | 2008 | | | | | |
| American Home Mortgage P.O. Box 660029 Dallas, TX 75266-0029 | | W | Mortgage 2368 Madison Street Gary, IN 46407 | X | X | | | |
| | | | Value $                    15,000.00 | | | | 26,505.82 | 11,505.82 |
| Account No. 0004121349 | | | 2008 | | | | | |
| American Home Mortgage P.O. Box 660029 Dallas, TX 75266-0029 | | W | Mortgage 414 Garfield Street Gary, IN 46404 | X | X | | | |
| | | | Value $                    15,000.00 | | | | 33,168.13 | 18,168.13 |
| Account No. | | | 11-29-2007 | | | | | |
| Arthur Pringle 8613 W. 120th Palos Park, IL 60464 | X | J | Personal Guaranty collateral as described in UCC | X | X | X | | |
| | | | Value $                     5,000.00 | | | | 9,298,337.42 | 9,293,337.42 |

|  |  |  |
|---|---|---|
| **7**   continuation sheets attached | Subtotal (Total of this page) | 9,394,288.37 | 9,344,288.37 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Marisa Garcia**                                              Case No. _____

_____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. 0014535009 | | | | | 2008 | | | | | |
| Chase P.O. Box 78116 Phoenix, AZ 85062-8116 | | | W | | Mortgage 4323 Kentucky Street Gary, IN 46406 | X | X | | | |
| | | | | | Value $              15,000.00 | | | | 32,779.66 | 17,779.66 |
| Account No. 0014594188 | | | | | 2008 | | | | | |
| Chase P.O. Box 78116 Phoenix, AZ 85062-8116 | | | W | | Mortgage 864 Ohio Street, Gary, IN | X | X | | | |
| | | | | | Value $              15,000.00 | | | | 23,924.31 | 20,540.01 |
| Account No. | | | | | 2008 | | | | | |
| Chase P.O. Box 78116 Phoenix, AZ 85062-8116 | | | | J | Mortgage 652 Allen Street, Gary, IN | X | X | | | |
| | | | | | Value $              15,000.00 | | | | 23,924.00 | 22,340.77 |
| Account No. 0052097201 | | | | | 2008 | | | | | |
| Citi Residential Lending P.O. Box 11570 Santa Ana, CA 92711 | | | W | | Mortgage 3529 Jackson Street Gary, IN 46408 | X | X | | | |
| | | | | | Value $              30,000.00 | | | | 61,717.48 | 31,717.48 |
| Account No. 0040274540 | | | | | 2008 | | | | | |
| Citiresidential P.O. Box 11570 Santa Ana, CA 92711 | | | | J | Mortgage 5336 Miller Avenue, Gary, IN | X | X | | | |
| | | | | | Value $              15,000.00 | | | | 50,362.06 | 41,724.16 |

Sheet _1_ of _7_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 192,707.51 | 134,102.08 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Marisa Garcia**                                                                         Case No. _____

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 2008 | | | | | |
| First Franklin Loan Services P.O. Box 1838 Pittsburgh, PA 15230 | J | | | | Mortgage 2569 Jackson Street, Gary, IN | X | X | | | |
| | | | | | Value $ 5,000.00 | | | | 31,985.00 | 31,985.00 |
| Account No. 0052406451 | | | | | 2006 | | | | | |
| First Midwest Bank P.O. Box 9001123 Louisville, KY 40290-1123 | | W | | | Mortgage 11448 Valley Court St. John, IN  46311 | X | X | | | |
| | | | | | Value $ 355,200.00 | | | | 118,729.00 | 0.00 |
| Account No. | | | | | 2008 | | | | | |
| First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143-4169 | H | | | | Line of Credit 11448 Valley Court St. John, IN  46311 | X | X | | | |
| | | | | | Value $ 355,200.00 | | | | 250,000.00 | 13,529.00 |
| Account No. 0359059028 | | | | | 2008 | | | | | |
| GMAC 3451 Hammond Avenue Waterloo, IA 50702 | | W | | | Mortgage 652 Allen Street Gary, IN 46403 | X | X | | | |
| | | | | | Value $ 15,000.00 | | | | 31,200.00 | 16,200.00 |
| Account No. 0359058980 | | | | | 2008 | | | | | |
| GMAC 3451 Hammond Avenue Waterloo, IA 50702 | | W | | | Mortgage 4024 E. 10th Ave, Gary, IN | X | X | X | | |
| | | | | | Value $ 6,400.00 | | | | 22,028.00 | 15,628.00 |

Sheet _2_ of _7_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   453,942.00   77,342.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Marisa Garcia**                                                                Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 5500054613 | | | 2008 | | | | | |
| Green Tree P.O. Box 94710 Palatine, IL 60094-4710 | | W | Mortgage 3545 Connecticut Street Gary, IN 46404 | X | X | | | |
| | | | Value $ 15,000.00 | | | | 33,609.00 | 18,609.00 |
| Account No. 0433722733 | | | 2006 | | | | | |
| Homecomings Financial P.O. Box 105682 Atlanta, GA 30348-5682 | | W | Mortgage 2565 Jackson Street Gary, IN 46407 | X | X | | | |
| | | | Value $ 5,000.00 | | | | 32,811.98 | 27,811.98 |
| Account No. 0433721883 | | | 2006 | | | | | |
| Homecomings Financial P.O. Box 105682 Atlanta, GA 30348-5682 | | W | Mortgage 1514 Ohio Street Gary, IN 46407 | X | X | | | |
| | | | Value $ 30,000.00 | | | | 29,670.00 | 0.00 |
| Account No. 0433720042 | | | 2006 | | | | | |
| Homecomings Financial P.O. Box 105682 Atlanta, GA 30348-5682 | | W | Mortgage 628 Ohio Street Gary, IN 46402 | X | X | | | |
| | | | Value $ 15,000.00 | | | | 31,623.14 | 16,623.14 |
| Account No. 45-09-06-330-011.000-004 | | | 2007 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | J | 5336 Miller Avenue, Gary, IN | X | X | | | |
| | | | Value $ 15,000.00 | | | | 6,362.10 | 0.00 |

Sheet __3__ of __7__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                           134,076.22        63,044.12

B6D (Official Form 6D) (12/07) - Cont.

In re **Marisa Garcia**                             Case No. _____

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2008 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | W | | 3529 Jackson Street Gary, IN 46408 | | | | | |
| | | | | Value $           30,000.00 | | | | 6,127.19 | 6,127.19 |
| Account No. **45-08-22-353-007.000-004** | | | | 2008 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | W | | 3545 Connecticut Street Gary, IN  46404 | | | | | |
| | | | | Value $           15,000.00 | | | | 14,539.29 | 14,539.29 |
| Account No. | | | | 2008 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | W | | 2368 Madison Street Gary, IN  46407 | | | | | |
| | | | | Value $           15,000.00 | | | | 7,637.86 | 7,637.86 |
| Account No. | | | | 2008 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | W | | 1983 McKinley Street Gary, IN  46404 | | | | | |
| | | | | Value $           15,000.00 | | | | 5,175.89 | 5,175.89 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004** | | | | 1/2012 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | W | | 4323 Kentucky Street Gary, IN 46406 | | | | | |
| | | | | Value $           15,000.00 | | | | 16,875.76 | 16,875.76 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                   Subtotal
                           (Total of this page)      50,355.99      50,355.99

B6D (Official Form 6D) (12/07) - Cont.

In re   **Marisa Garcia**                                                                          Case No. _____

_____,
                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004** | | | | | | 1/2012 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | | W | | | 2565 Jackson Street Gary, IN  46407 | | | | | |
| | | | | | | Value $         5,000.00 | | | | 6,197.90 | 6,197.90 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004** | | | | | | 1/2012 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | | W | | | 1514 Ohio Street Gary, IN 46407 | | | | | |
| | | | | | | Value $        30,000.00 | | | | 11,374.69 | 11,044.69 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004** | | | | | | 1/2012 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | | W | | | 628 Ohio Street Gary, IN  46402 | | | | | |
| | | | | | | Value $        15,000.00 | | | | 12,824.67 | 12,824.67 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004** | | | | | | 1/2012 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | | | J | | 652 Allen Street, Gary, IN | | | | | |
| | | | | | | Value $        15,000.00 | | | | 13,416.77 | 0.00 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004** | | | | | | 1/2012 | | | | | |
| Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307 | | | | J | | 864 Ohio Street, Gary, IN | | | | | |
| | | | | | | Value $        15,000.00 | | | | 11,615.70 | 0.00 |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        55,429.73        30,067.26

B6D (Official Form 6D) (12/07) - Cont.

In re    Marisa Garcia                                                Case No. _____

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-xxx-xxx.xx0-004**<br><br>**Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307** | | J | 1/2012<br><br>property taxes for 4024-28 E. 10th Avenue, Gary, IN 46403<br><br>Value $         0.00 | | | | 1,353.69 | 1,353.69 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004**<br><br>**Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307** | | J | 1/2012<br><br>2569 Jackson Street, Gary, IN<br><br>Value $      5,000.00 | | | | 6,349.99 | 1,349.99 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004**<br><br>**Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307** | | J | 1/2012<br><br>437 E. Ridge Road, Gary, IN<br><br>Value $     15,000.00 | | | | 14,596.88 | 0.00 |
| Account No. **xx-xx-xx-xxx-xxx.xx0-004**<br><br>**Lake County Treasuer Government Center 2293 N. Main Street Crown Point, IN 46307** | | J | 1/2012<br><br>4549 Massachusetts Street, Gary, IN<br><br>Value $     15,000.00 | | | | 7,068.26 | 0.00 |
| Account No. 0033538448<br><br>**Ocwen Loan Servicing, LLC P.O. Box 785063 Orlando, FL 32878-5063** | | J | 2008<br><br>Mortgage<br><br>437 E. Ridge Road, Gary, IN<br><br>Value $     15,000.00 | X | X | | 31,365.00 | 30,961.88 |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 60,733.82 | 33,665.56 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Marisa Garcia**                                                    Case No. _____

_____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 0033538992 | | | J | 2008 | | | | | |
| Ocwen Loan Servicing, LLC P.O. Box 785063 Orlando, FL 32878-5063 | | J | | Mortgage 4549 Massachusetts Street, Gary, IN | X | X | | | |
| | | | | Value $          15,000.00 | | | | 25,417.32 | 17,485.58 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 25,417.32 | 17,485.58 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 10,366,950.96 | 9,750,350.96 |

B6E (Official Form 6E) (4/13)

In re    **Marisa Garcia**                                               Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                               **1** _____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Marisa Garcia**                                                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Internal Revenue Service 230 South Dearborn Street Room 2560, 5014 CHI Chicago, IL 60604** | | J | | | | | Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

B6F (Official Form 6F) (12/07)

In re   __Marisa Garcia_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 4264-2963-0120-5578<br><br>AAA Financial Services<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | - | | | | 1/2008<br>Credit card purchases | | | | 124,565.86 |
| Account No. 3715-736323-81007<br><br>American Express<br>P.O. Box 6618<br>Omaha, NE 68105-0618 | | W | | | 1/2008<br>business debt | | | | 76,006.48 |
| Account No. xxxxxxxxx2451<br><br>American Financial Credit Services<br>9247 N. Meridian St. Ste. 206<br>Indianapolis, IN 46260-1824 | - | | | | 4/2013<br>Medical Expenses | | | | 655.00 |
| Account No. xxxxxxxxx2443<br><br>American Financial Credit Services<br>9247 N. Meridian St. Ste. 206<br>Indianapolis, IN 46260-1824 | - | | | | 11/2012<br>Medical Expenses | | | | 161.00 |

__8__   continuation sheets attached

| | Subtotal<br>(Total of this page) | 201,388.34 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   Marisa Garcia                                               Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. 2072110 <br><br>Arrown Financial Services, LLC<br>c/o Bowman, Heintz, Boscia & Vician<br>8605 Broadway<br>Merrillville, IN 46410-7033 | | W | 1/2008<br>Business debt. | | | | 10,808.50 |
| Account No. 45D11-1008-MF-00472 <br><br>BAC Home Loan Servicing, LP<br>c/o Jennifer J. Wallander<br>251 N. Illinois Street, Ste. 1700<br>Indianapolis, IN 46204 | X | - | 5/2012<br>Business debt with possible personal liability | | | | 1.00 |
| Account No. xxxxx-xxxx-xx-x0336 <br><br>BAC Home Loans Servicing, LP<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | X | - | 5/2012<br>Business debt with possible personal liability | | | | 1.00 |
| Account No. 4800-1340-2645-3374 <br><br>Bank of America<br>Billing Inquiries<br>P.O. Box 15019<br>Wilmington, DE 19850-5026 | | W | 1/2008<br>business debt | | | | 752.36 |
| Account No. xxxxxxxx9972 <br><br>Bank of America<br>Billing Inquiries<br>P.O. Box 15019<br>Wilmington, DE 19850-5026 | | - | 11/2007<br>Credit card purchases | | | | 828.00 |

Sheet no. _1_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | 12,390.86 |
| (Total of this page) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisa Garcia**                                                    Case No. _____
_____
                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 421725-00-646123-3 <br><br> **Beneficial** <br> P.O. Box 3425 <br> Buffalo, NY 14240-9733 | | J | 1/2008 <br> Credit card purchases | | | | 18,788.00 |
| Account No. 421725-17-528631-2 <br><br> **Beneficial** <br> Inquiries <br> P.O. Box 4153-K <br> Carol Stream, IL 60197 | | W | 1/2008 <br> business debt | | | | 11,758.29 |
| Account No. 528631-2 <br><br> **Beneficial** <br> P.O. Box 1547 <br> Chesapeake, VA 23327 | | W | 1/2008 <br> line of credit | X | X | | 12,166.03 |
| Account No. 5178-0520-8678-4325 <br><br> **Capital One** <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | W | 1/2008 <br> Credit card purchases | | | | 687.00 |
| Account No. xxxx0575 <br><br> **Capital One** <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | W | 8/2012 <br> Credit card purchases | | | | 639.00 |

| | | |
|---|---|---|
| Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 44,038.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Marisa Garcia    Case No. _____
_____ ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx1521<br><br>Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | W | | 9/2001<br>Credit card purchases | | | | 708.00 |
| Account No. 45D09-0808-SC-02575<br><br>Centisible Heating & Air Condition<br>c/o Mark A. Psimos<br>9219 Broadway<br>Merrillville, IN 46410 | X | - | | 5/2012<br>Business debt with possible personal liability | | | | 1.00 |
| Account No. xxxxxxxx0243<br><br>Chase Bank<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | - | | 7/2002<br>Credit card purchases | | | | 2,262.00 |
| Account No. x1873<br><br>Creditors Collection<br>755 Almar Pkwy<br>Bourbonnais, IL 60914 | | - | | 5/2012<br>Medical Expenses | | | | 301.00 |
| Account No. 2897<br><br>Discover Card<br>P.O. Box 61063<br>Carol Stream, IL 60197-6103 | | W | | 1/2008<br>business debt | | | | 3,697.00 |

Sheet no. _3_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,969.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Marisa Garcia                                                    Case No. _____
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 45D02-1101-MF-00014 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| First Midwest Bank c/o David Westland 141 West Lincoln Hwy, Second Floor Schererville, IN 46375 | - | | | | | | | | 1.00 |
| Account No. 45D05-1305-MF-000134 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| First National Bank of Illinois 3256 Ridge Road Lansing, IL 60438 | X | | | | | | | | 1.00 |
| Account No. 45D01-1207-MF-00270 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| First National Bank of Illinois 3256 Ridge Road Lansing, IL 60438 | X | | | | | | | | 1.00 |
| Account No. 45D10-1001-MF-00010 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| First National Bank of Illinois c/o Kevin C. Smith 9301 Calumet Avenue, Ste. 1F Munster, IN 46321 | X | | | | | | | | 1.00 |
| Account No. 45D10-0907-MF-00344 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| Great Lakes Bank, N.A. c/o Patrick Devine 322 Indianapolis Blvd., Ste. 201 Schererville, IN 46375 | X | | | | | | | | 1.00 |

Sheet no. _4_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                5.00
(Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Marisa Garcia
_____   Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 45C01-0810-PL-00262 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| James L. Wilson c/o David Braatz 1201 North Main St., #A Crown Point, IN 46307 | X | - | | | | | | | 1.00 |
| Account No. 45D11-1303-MF-00074 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| JP Morgan Chase Bank, N.A. c/o Marc J. Ancel 251 N. Illinois Street, #1700 Indianapolis, IN 46204 | | - | | | | | | | 1.00 |
| Account No. 45D10-1301-Mf-00023 | | | | | 5/2012 Business debt with possible personal liability | | | | |
| JP Morgan Chase Bank, N.A. c/o Matthew S. Love 251 N. Illinois Street, Ste. 1700 Indianapolis, IN 46204 | | - | | | | | | | 1.00 |
| Account No. 14-05888-0 | | | | | 1/2008 medical expense | | | | |
| Medical Center Clinic Orthopedics P.O. Box 11407 Lockbox 1327 Birmingham, AL 35246-1327 | | H | | | | | | | 775.00 |
| Account No. xxxx4787 | | | | | 7/2013 Medical Expenses | | | | |
| National Asset Management LLC 400 Rouser Rd., Suite 105 Coraopolis, PA 15108 | | - | | | | | | | 362.00 |

Sheet no. _5_ of _8_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,140.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Marisa Garcia                                                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** x1481<br><br>North Community Bank<br>3639 N. Broadway<br>Chicago, IL 60613 | - | | | | 2/2000<br>**Business debt with possible personal liability** | | | | 241,352.00 |
| **Account No.** 45D05-0905-MF-00247<br><br>One West Bank, FSB<br>Doyle Legal Corp., P.C.<br>41 E. Washington<br>Indianapolis, IN 46204 | X | J | | | 5/2012<br>**Business debt with possible personal liability** | | | | 1.00 |
| **Account No.** 45D05-1003-MF-00180<br><br>One West Bank, FSB<br>c/o Jason E. Duhn<br>9409 Philadelphia Road<br>Rosedale, MD 21237 | X | J | | | 5/2012<br>**Business debt with possible personal liability** | | | | 1.00 |
| **Account No.** 33538992<br><br>Owen Loan Servicing<br>P.O. Box 785063<br>Orlando, FL 32878-5063 | | W | | | 1/2008<br>business debt | | | | 1,939.44 |
| **Account No.** 45C01-0902-PL-00050<br><br>Plymouth Park Tax Services, LLC<br>c/o John E. Kolas<br>8310 Allison Pointe Blvd., Ste. 204<br>Indianapolis, IN 46250 | | W | | | 5/2012<br>**Business debt with possible personal liability** | | | | 1.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal | 243,294.44 |
|---|---|---|
| | (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re    Marisa Garcia                                                                    Case No. _____
                                                                    ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 0608121696<br><br>Saint Anthony Medical Center<br>P.O. Box 7229<br>Westchester, IL 60154 | | W | | 1/2008<br>medical expense | | | | 1,734.05 |
| Account No. 138311<br><br>SAMC<br>36232 Eagle Way<br>Chicago, IL 60678 | | H | | 1/2008<br>medical expense | | | | 171.00 |
| Account No. 1133753<br><br>St. Margaret Mercy<br>35682 Eagle Way<br>Chicago, IL 60678 | | H | | 1/2008<br>medical expense | | | | 1,610.00 |
| Account No. 0173<br><br>Target<br>Retailers National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459 | | W | | 1/2008<br>Credit card purchases | | | | 3,113.08 |
| Account No. xxxxxxx3594<br><br>Target<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | | W | | 11/2006<br>Credit card purchases | | | | 3,332.00 |

Sheet no. _7_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         9,960.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisa Garcia**                                                Case No. _____
                                                          ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 45D10-1001-MF-00038 <br><br> **Wells Farago Bank, N.A.** <br> **c/o Jennifer J. Wallander** <br> **251 N. Illinois Street, Ste. 1700** <br> **Indianapolis, IN 46204** | | | W | | 5/2012 <br> **Business debt with possible personal liability** | | | | 1.00 |
| Account No. xxxxx-xxxx-xx-x0502 <br><br> **Wells Fargo Bank, N.A.** <br> **c/o Anthony L. Manna** <br> **155 E. Market Street, #605** <br> **Indianapolis, IN 46204** | | | W | | 5/2012 <br> **Business debt with possible personal liability** | | | | 1.00 |
| Account No. 45C01-1003-MF-00173 <br><br> **Wells Fargo Bank, N.A.** <br> **c/o Glenn W. Kuchel** <br> **222 U.S. Hwy #41, #102** <br> **Schererville, IN 46375** | X | | | J | 5/2012 <br> **Business debt with possible personal liability** | | | | 1.00 |
| Account No. 45D02-1005-MF-00315 <br><br> **Wells Fargo Bank, N.A.** <br> **c/o Anthony L. Manna** <br> **155 E. Market Street, #605** <br> **Indianapolis, IN 46204** | X | | | J | 5/2012 <br> **Business debt with possible personal liability** | | | | 1.00 |
| Account No. 45D01-1003-MF-00156 <br><br> **Wells Fargo Bank, N.A.** <br> **c/o John Flatt** <br> **3105 E. 98th Street, Ste. 170** <br> **Indianapolis, IN 46280** | X | | | J | 5/2012 <br> **Business debt with possible personal liability** | | | | 1.00 |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 5.00 |
| Total (Report on Summary of Schedules) | 519,191.09 |

B6G (Official Form 6G) (12/07)

In re    **Marisa Garcia**                                                      Case No. _____
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Marisa Garcia**                                                                                                 Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alpha & Omega Real Estate** | **One West Bank, FSB**<br>Doyle Legal Corp., P.C.<br>41 E. Washington<br>Indianapolis, IN 46204 |
| **Alpha & Omega Real Estate** | **BAC Home Loans Servicing, LP**<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 |
| **Alpha & Omega Real Estate** | **Wells Fargo Bank, N.A.**<br>c/o Glenn W. Kuchel<br>222 U.S. Hwy #41, #102<br>Schererville, IN 46375 |
| **Alpha & Omega Real Estate** | **BAC Home Loan Servicing, LP**<br>c/o Jennifer J. Wallander<br>251 N. Illinois Street, Ste. 1700<br>Indianapolis, IN 46204 |
| **Alpha & Omega Real Estate** | **One West Bank, FSB**<br>c/o Jason E. Duhn<br>9409 Philadelphia Road<br>Rosedale, MD 21237 |
| **Alpha & Omega Real Estate** | **James L. Wilson**<br>c/o David Braatz<br>1201 North Main St., #A<br>Crown Point, IN 46307 |
| **Kerusso Konstruction Kompany, LLC**<br>2931 Jewett<br>Highland, IN 46322-1618 | **Arthur Pringle**<br>8613 W. 120th<br>Palos Park, IL 60464 |
| **Kerusso Konstruction Kompany, LLC** | **James L. Wilson**<br>c/o David Braatz<br>1201 North Main St., #A<br>Crown Point, IN 46307 |
| **Kerusso Real Estate, LLC**<br>2931 Jewett<br>Highland, IN 46322 | **Arthur Pringle**<br>8613 W. 120th<br>Palos Park, IL 60464 |
| **Kerusso Real Estate, LLC** | **First National Bank of Illinois**<br>3256 Ridge Road<br>Lansing, IL 60438 |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

In re    **Marisa Garcia**                                                    Case No. _____
_____,
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kerusso Real Estate, LLC** | **First National Bank of Illinois**<br>3256 Ridge Road<br>Lansing, IL 60438 |
| **Kerusso Real Estate, LLC** | **Great Lakes Bank, N.A.**<br>c/o Patrick Devine<br>322 Indianapolis Blvd., Ste. 201<br>Schererville, IN 46375 |
| **Kerusso Real Estate, LLC** | **First National Bank of Illinois**<br>c/o Kevin C. Smith<br>9301 Calumet Avenue, Ste. 1F<br>Munster, IN 46321 |
| **KRE, LLC** | **Great Lakes Bank, N.A.**<br>c/o Patrick Devine<br>322 Indianapolis Blvd., Ste. 201<br>Schererville, IN 46375 |
| **Rehab Lending Tree, LLC**<br>2931 Jewett Avenue<br>Highland, IN 46322 | **Arthur Pringle**<br>8613 W. 120th<br>Palos Park, IL 60464 |
| **Sergio Garcia**<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | **First National Bank of Illinois**<br>3256 Ridge Road<br>Lansing, IL 60438 |
| **Sergio Garcia**<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | **First National Bank of Illinois**<br>3256 Ridge Road<br>Lansing, IL 60438 |
| **Sergio Garcia**<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | **Wells Fargo Bank, N.A.**<br>c/o Glenn W. Kuchel<br>222 U.S. Hwy #41, #102<br>Schererville, IN 46375 |
| **Sergio Garcia**<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | **Centisible Heating & Air Condition**<br>c/o Mark A. Psimos<br>9219 Broadway<br>Merrillville, IN 46410 |
| **Sergio Garcia**<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | **Wells Fargo Bank, N.A.**<br>c/o John Flatt<br>3105 E. 98th Street, Ste. 170<br>Indianapolis, IN 46280 |
| **Sergio Garcia**<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | **First National Bank of Illinois**<br>c/o Kevin C. Smith<br>9301 Calumet Avenue, Ste. 1F<br>Munster, IN 46321 |

Sheet  __1__  of __2__   continuation sheets attached to the Schedule of Codebtors

In re   **Marisa Garcia**                                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sergio Garcia**<br>**400 E. Ohio Street, Apt. 4801**<br>**Chicago, IL 60611-4641** | **Wells Fargo Bank, N.A.**<br>**c/o Anthony L. Manna**<br>**155 E. Market Street, #605**<br>**Indianapolis, IN 46204** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Marisa Garcia** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Independant Sales | self employed |
| Employer's name | | doTERRA International, LLC | |
| Employer's address | | 370 West Center<br>Orem, UT 84057 | |
| How long employed there? | | 5 months | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 10.00 | $ 4,484.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 10.00 | $ 4,484.00 |

Debtor 1  **Marisa Garcia** _____   Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $        10.00 | $     4,484.00 |

5.  List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $         0.00 | $         0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $         0.00 | $         0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $         0.00 | $         0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $         0.00 | $         0.00 |
| 5e. | Insurance | 5e. | $         0.00 | $         0.00 |
| 5f. | Domestic support obligations | 5f. | $         0.00 | $         0.00 |
| 5g. | Union dues | 5g. | $         0.00 | $         0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $         0.00 + | $         0.00 |

6.  Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $    0.00    $    0.00

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $   10.00   $  4,484.00

8.  List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $         0.00 | $         0.00 |
| 8b. | Interest and dividends | 8b. | $         0.00 | $         0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $         0.00 | $         0.00 |
| 8d. | Unemployment compensation | 8d. | $         0.00 | $         0.00 |
| 8e. | Social Security | 8e. | $         0.00 | $         0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $         0.00 | $         0.00 |
| 8g. | Pension or retirement income | 8g. | $         0.00 | $         0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $         0.00 + | $         0.00 |

9.  Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $    0.00    $    0.00

10.  **Calculate monthly income.** Add line 7 + line 9.  10.  $   10.00  + $  4,484.00  = $  4,494.00
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  State all other regular contributions to the expenses that you list in Schedule J.
     Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
     Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
     Specify: _____   11.  +$    0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
     Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.  $  4,494.00

     Combined monthly income

13.  Do you expect an increase or decrease within the year after you file this form?
     ■  No.
     ☐  Yes. Explain: [_____]

**Fill in this information to identify your case:**

Debtor 1      **Marisa Garcia**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                             12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**       ☐ No

    Do not list Debtor 1 and         ■ Yes. Fill out this information for
    Debtor 2.                            each dependent...........

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 5 | ☐ No ■ Yes |
| Son | 13 | ☐ No ■ Yes |
| Daughter | 20 | ☐ No ■ Yes |
|  |  | ☐ No ☐ Yes |

3.  **Do your expenses include
    expenses of people other than
    yourself and your dependents?**       ☐ No
                                          ■ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments
    and any rent for the ground or lot.                                                                  4.  $                 0.00

    If not included in line 4:

    4a.   Real estate taxes                                                                              4a. $                 0.00
    4b.   Property, homeowner's, or renter's insurance                                                  4b. $               100.00
    4c.   Home maintenance, repair, and upkeep expenses                                                 4c. $                 0.00
    4d.   Homeowner's association or condominium dues                                                   4d. $                 0.00
5.  Additional mortgage payments for your residence, such as home equity loans                          5.  $                 0.00

Debtor 1   __Marisa Garcia_____     Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 150.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 600.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 145.00 |
| 10. | **Personal care products and services** | | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 150.00 |
| 12. | **Transportation. Include gas, maintenance, bus or train fare.** Do not include car payments. | | 12. | $ | 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 500.00 |
| | 15b. | Health insurance | 15b. | $ | 600.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 150.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.** Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | 19. | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other: Specify:**   **Elderly Parent's expenses** | | 21. | +$ | 500.00 |
| 22. | **Your monthly expenses. Add lines 4 through 21.** The result is your monthly expenses. | | 22. | $ | 4,495.00 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 4,494.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 4,495.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -1.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Marisa Garcia                    Case No. _____

                   Debtor(s)         Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 15, 2014           Signature   *Marisa Garcia*                                
                                           Marisa Garcia
                                           Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Marisa Garcia**                                                Case No.

                                        Debtor(s)                  Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $120.00 | 2013 Income from doTERRA International, LLC |
| $10.00 | 2014 doTERRA International, LLC |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $14,500.00 | 2013 Rental Income |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LaSalle Bank National Association, et al. v. Alpha & Omega Real Estate LLC, et al. Cause No. 45C01-0903-MF-00128 | mortgage foreclosure | Lake Circuit Court 2293 N. Main Street Crown Point, IN 46307 | pending |
| JP Morgan Chase Bank, N.A. vs. City of Hammond, Sergio Garcia, State of Indiana, The Unknown Tenant, City of Crown Point, Indiana, Alpha & Omega Real Estate, LLC. Cause No. 45D04-0903-MF-00110 | Foreclosure | Lake County Superior Court 15 W. 4th Avenue Gary, IN 46402 | Pending |
| GMAC Mortage, LLC v. Alpha & Omega Real Estate, LLC, Marisa Garcia, City of Crown Point, Unknown Tenant, United States of America US Atty's Office, City of Crown Point Legal Department, and United States of America Cause No. 45D02-0902-MF-00065 | Foreclosure | Lake County Superior Circuit Court 2293 Main Street Crown Point, IN 46307 | Pending |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| James L. Wilson v. Alpha & Omega Real Estate, LLC, Sergio Garcia, Indiana Department of Revenue, Household Finance Corporation, III, Marisa Garcia, Kerusso Konstruction Kompany, LLC<br>Cause No. 45C01-0810-PL-00262 | Civil | Lake County Superior Circuit Court<br>2293 Main Street<br>Crown Point, IN 46307 | Pending |
| ARTHUR D. PRINGLE III v. MARISA GARCIA;SERGIO E. GARCIA, KERUSSO KONSTRUCTION KOMPANY, LLC;KERUSSO REAL ESTATE LLC; REHAB LENDING TREE, LLC; KERUSSO REAL ESTATE; KERUSSOASSET MANAGEMENT LLC,<br>Cause No. 2:09-CV-022RM | Collection | United States District Court<br>Northern District of Indiana<br>Hammond Division | Pending |
| One West Bank, FSB v. Marisa Garcia, et al.<br>Cause No. 45D05-0905-MF-247 | foreclosure | 232 Russell Street<br>Hammond, IN 46320 | pending |
| First Federal Savings and Loan v. Sergio Garcia, et al.<br>Cause No. 45D02-0906-MF-329 | foreclosure | Lake Superior Court<br>232 N. Russell Street<br>Hammond, IN 46320 | pending |
| First National Bank of Illinois vs Kerusso Real Estate, et al.<br>Case No: 45D05-1305-MF-00134 | Foreclosure | Lake County Superior Court<br>232 Russell Street<br>Hammond, IN 46320 | Pending |
| First National Bank of Illinois vs Kerusso Real Estate, LLC, et al.<br>Case No: 45D01-1207-MF-00270 | Foreclosure | Lake County Superior Court<br>2293 N. Main Street<br>Crown Point, IN 46307 | Pending |
| State of Indiana vs Marisa Garcia<br>Case No: 45D08-1212-OV-04606 | Ordinance Violation | Lake County Superior Court<br>2293 N. Main Street<br>Crown Point, IN 46307 | Settled |
| JP Morgan Chase Bank, N.A. vs First Midwest Bank, et al.<br>Case No: 45D11-1303-MF-00074 | Foreclosure | Lake County Superior Court<br>2293 N. Main Street<br>Crown Point, IN 46307 | Pending |
| BAC Home Loans Servicing, LP vs Alpha & Omega Real Estate, LLC, et al.<br>Case No: 45D11-1008-MF-00472 | Foreclosure | Lake County Superior Court<br>2293 N. Main Street<br>Crown Point, IN 46307 | Pending |
| JP Morgan Chase Bank, N.A. vs First Midwest Bank, et al.<br>Case No: 45D10-1301-MF-00023 | Foreclosure | Lake County Superior Court<br>2293 N. Main Street<br>Crown Point, IN 46307 | Pending |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■      returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

4

### 6. Assignments and receiverships

**None**
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gordon E. Gouveia, LLC<br>433 W. 84th Drive<br>Merrillville, IN 46410 | December 15, 2013 | $5,000.00 * includes pre-petition fees of $3,299.90. |
| Gordon E. Gouveia, LLC<br>433 W. 84th Drive<br>Merrillville, IN 46410 | February 12, 2014 | $306.00  chapter 7 filing fee |

B7 (Official Form 7) (04/13)
5

---

**10. Other transfers**

None
■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank | DIP Account | Closed May 2, 2013 Balance $-308.39 |

---

**12. Safe deposit boxes**

None
☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Fifth Third Bank | Sergio Garcia 11448 Valley Court St. John, IN 46375 Marisa Garcia 11448 Valley Court St. John, IN 46375 | Birth Certificates, passports and miscellaneous documents | |

---

**13. Setoffs**

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐  List all property owned by another person that the debtor holds or controls.

---

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Minor Dependant<br>400 E. Ohio Street, Apt. 4801<br>Chicago, IL 60611-4641 | Savings Account ending 3918<br>Balance: $1.40 | First Financial Bank |

---

**15. Prior address of debtor**

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 11448 Valley Court<br>St. Joseph, IN 46375 | same | through June 2013 |

---

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Kerusso Real Estate, LLC | 20-1778761 | 2931 Jewett Avenue Highland, IN 46322-1618 | real estate | August 12, 2004 |
| Kerusso Konstruction Kompany, LLC | 20-2808847 | 2931 Jewett Avenue Highland, IN 46322 | real estate | July 10, 2004 to present |
| Kerusso Asset Management, LLC | 20-8135819 | 2931 Jewett Avenue Highland, IN 46322 | real estate | November 17, 2006 to present |
| Rehab Lending Tree, LLC | 26-1431739 | 2931 Jewett Avenue Highland, IN 46322 | Real Estate | 2008 - 2009 |
| Real Estate Express, LLC | | 2931 Jewett Avenue Highland, IN 46322-1618 | Real Estate | 2008-2009 |
| KRE, LLC | | 2931 Jewett Avenue Highland, IN 46322-1618 | Real Estate | 2008 - 2009 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED
Seehausen & Co., PC                                          2012 and 2013
P.O. Box 3475
Munster, IN 46321

B7 (Official Form 7) (04/13)
8

| None | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
| ■ | |

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

| None | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
| ■ | |

| NAME | ADDRESS |
| --- | --- |

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| ■ | |

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| ■ | |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

| None | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
| ■ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| ■ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| ■ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
| ■ | |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

| None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
| ■ | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
9

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    April 15, 2014          Signature    *Marisa Garcia*
                                             Marisa Garcia
                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Marisa Garcia

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $        1,700.10 |
    | Prior to the filing of this statement I have received | $        1,700.10 |
    | Balance Due | $        0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed, but not representation at reaffirmation agreement
        hearings. Reaffirmation that are in the best financial interest of the Debtor.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding. Any work related to debtor's failure to cooperate with trustee including failure to
    provide tax returns. Filing fees for amendments. Motions to Redeem. Credit repair and credit report corrections.
    Mortgage loan modifications. Appearance at more than one Section 341 hearing, and other services as set forth
    in the retainer agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   April 15, 2014

/s/ Catherine Molnar-Boncela
Catherine Molnar-Boncela, Esq. 9996-45
Gordon E. Gouveia, LLC
433 W. 84th Drive
Merrillville, IN 46410
219/736-6020

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marisa Garcia** _____      Case No. _____
                                    Debtor(s)          Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

**Certification of Debtor**

    I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Marisa Garcia** _____      X _*Marisa Garcia*_____ 4/15/2014
Printed Name(s) of Debtor(s)                     Signature of Debtor          Date

Case No. (if known) _____     X _____
                                                  Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.